UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| versus | : | CRIMINAL NO. 24- 60-JWD-EWD |
| KENYALL WILLIAMS | : | |

## WAIVER OF INDICTMENT

I, Kenyall Williams, the above-named defendant, charged in a Bill of Information with conspiracy to commit mail fraud and make unlawful monetary transactions, in violation of 18 U.S.C. § 371, understand:

(a) the nature of the charge brought against me, and

(b) that I am entitled, under the Fifth Amendment of the United States Constitution, to have the charge instituted by a Grand Jury Indictment.

I voluntarily waive my right to have the charge set forth in the Bill of Information presented to a Grand Jury and agree that the proceedings may be instituted by a Bill of Information.

Dated this 1st day of July, 2024, at Baton Rouge, Louisiana.

_Kenyall Williams_
Kenyall Williams
Defendant

_Marci Blaize_
Marci Blaize
Attorney for Defendant